1  DENNIS M. BROWN, Bar No. 126575
   E-mail: dmbrown@littler.com
2  MARLENE S. MURACO, Bar No. 154240
   Email: mmuraco@littler.com
3  TODD K. BOYER, Bar No. 203132
   Email: tboyer@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  50 West San Fernando Street
   15th Floor
6  San Jose, CA 95113.2303
   Telephone: 408.998.4150
7
   Attorneys for Defendant
8  CONNECTICUT GENERAL LIFE INSURANCE
   COMPANY
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  JOSH HAZEL, on behalf of himself, the      Case No.
    general public, and all others similarly
13  situated,                                  **CERTIFICATION AND NOTICE
                                               OF INTERESTED PARTIES**
14              Plaintiffs,                    **(Local Rule 3-16)**

15     v.

16  CONNECTICUT GENERAL LIFE
    INSURANCE COMPANY, a Connecticut
17  corporation; and DOES 1 through 10,
    inclusive,
18
                Defendants.
19

20          TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

21          The undersigned, counsel of record for Connecticut General Life Insurance Company,

22  certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

23  These representations are made to enable the Court to evaluate possible disqualification or recusal:

24          1.      CIGNA corporation.

25

26

27

28

(NO. )                                              **CERTIFICATION AND NOTICE OF
                                                    INTERESTED PARTIES**

1  Dated: July 24, 2008

                                    MARLENE S. MURACO
                                    TODD K. BOYER
                                    LITTLER MENDELSON
                                    A Professional Corporation
                                    Attorneys for Defendant
                                    CONNECTICUT GENERAL LIFE
                                    INSURANCE COMPANY

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

(NO. )                              2.        CERTIFICATION AND NOTICE OF
                                              INTERESTED PARTIES

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 24, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 3-16)

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Eric M. Epstein, Esq.<br>Eric M. Epstein, APC<br>1901 Avenue of the Starts, #1100<br>Los Angeles, CA 90067-6002 | ATTORNEYS FOR PLAINTIFFS<br>JOSH HAZEL, on behalf of himself,<br>the general public, and all others<br>similarly situated |

Walter Haines, Esq.
United Employees Law Group, PC
65 Pine Avenue #312
Long Beach, CA 90802

Mark R. Thierman, Esq.
Thierman Law Firm
7287 Lakeside Drive
Reno, NV 89511

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 24, 2008, at San Jose, California.

_____
April Ignaitis

Firmwide:85975614.1 025360.1102

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. )   3.   CERTIFICATION AND NOTICE OF INTERESTED PARTIES