1  DENNIS M. BROWN, Bar No. 126575
   e-mail: dmbrown@littler.com
2  MARLENE S. MURACO, Bar No. 154240
   e-mail: mmuraco@littler.com
3  TODD K. BOYER, Bar No. 203132
   e-mail: tboyer@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  50 West San Fernando Street
   15th Floor
6  San Jose, CA 95113.2303
   Telephone: 408.998.4150
7
   Attorneys for Defendant
8  CONNECTICUT GENERAL LIFE INSURANCE
   COMPANY
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12 | JOSH HAZEL, on behalf of himself, the | Case No. C08-03552 MMC
   | general public, and all others similarly |
13 | situated,, | **PROOF OF SERVICE REGARDING**
   | | **DEFENDANT CONNECTICUT GENERAL**
14 | Plaintiffs, | **LIFE INSURANCE COMPANY'S NOTICE**
   | | **OF REMOVAL OF ACTION TO**
15 | v. | **FEDERAL COURT**
16 | CONNECTICUT GENERAL LIFE
   | INSURANCE COMPANY, a Connecticut
17 | corporation, and DOES 1 through 10,
   | inclusive,,
18 |
   | Defendants.
19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

(CASE NO: C08-03552 MMC)                    PROOF OF SERVICE

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 24, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

ORDER SETTING INITIAL CASE MANAGEMENT CONFERNCE AND ADR DEADLINES

WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN FRANCISCO DIVISION

GENERAL ORDER NO. 40

ECG REGISTRATION INFORMATION HANDOUT

GENERAL ORDER 45

NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION

GENERAL ORDER 53

NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS

ADR CERTIFICATION BY PARTIES AND COUNSEL [BLANK FORM]

STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS [BLANK FORM]

NOTICE OF NEED FOR ADR PHONE CONFERENCE [BLANK FORM]

ORDER OF THE CHIEF JUDGE

CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

in a sealed envelope, postage fully paid, addressed as follows:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

(CASE NO: C08-03552 MMC)             2.            PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | | |
| 2 | Eric M. Epstein, Esq. | ATTORNEYS FOR PLAINTIFFS |
| 3 | Eric M. Epstein, APC<br>1901 Avenue of the Starts, #1100 | JOSH HAZEL, on behalf of himself,<br>the general public, and all others |
| 4 | Los Angeles, CA 90067-6002 | similarly situated |

Walter Haines, Esq.
United Employees Law Group, PC
65 Pine Avenue #312
Long Beach, CA 90802

Mark R. Thierman, Esq.
Thierman Law Firm
7287 Lakeside Drive
Reno, NV 89511

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 24, 2008, at San Jose, California.

_____
April Ignaitis

Firmwide:85999694.1 025360.1102

(CASE NO: C08-03552 MMC)                    3.            PROOF OF SERVICE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408 998 4150