| | |
|---|---|
| 1 | DENNIS M. BROWN, Bar No. 126575<br>e-mail: dmbrown@littler.com |
| 2 | MARLENE S. MURACO, Bar No. 154240<br>e-mail: mmuraco@littler.com |
| 3 | TODD K. BOYER, Bar No. 203132<br>e-mail: tboyer@littler.com |
| 4 | LITTLER MENDELSON<br>A Professional Corporation |
| 5 | 50 W. San Fernando, 15th Floor<br>San Jose, CA  95113.2303 |
| 6 | Telephone:    408.998.4150<br>Facsimile:     408.288.5686 |
| 7 | |
| 8 | Attorneys for Defendant<br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH HAZEL, on behalf of himself, the general public, and all others similarly situated,,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.  08-cv-03552-MMC<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION REQUESTING THAT THE COURT CONTINUE CASE MANAGEMENT CONFERENCE** ; ORDER<br><br>Date: January 23, 2009<br>Time: 10:30 a.m.<br>Judge: Hon. Maxine M. Chesney |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

NOTICE OF SETTLEMENT AND STIP TO CONTINUE CASE MGMT CONFERENCE          (No.  3:08-cv-03552-MMC )

The parties reached a settlement in this matter after a private mediation session and hereby request that the court continue the Case Management Conference on the Court's docket, which is scheduled for 10:30 a.m. on January 23, 2009, before the Honorable Maxine M. Chesney for sixty (60) days so that the parties can finalize the settlement terms for presentation to the Court.

Dated:   January 16, 2009

   /s/ *Todd K. Boyer*
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CONNECTICUT GENERAL LIFE INSURANCE COMPANY

Dated:   January 16, 2009

   /s/ *Mark Thierman*
MARK THIERMAN, ESQ.
THIERMAN LAW FIRM
A Professional Corporation
Attorneys for Plaintiff
JOSH HAZEL *et al*.

Firmwide:88096590.1 025360.1102
Firmwide:88143702.1 025360.1102

## ORDER

The Case Management Conference is hereby CONTINUED from January 23, 2009 to March 27, 2009. A Joint Case Management Statement shall be filed no later than March 20, 2009.

IT IS SO ORDERED

Dated: January 16, 2009

*[signature]*
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

NOTICE OF SETTLEMENT AND STIP TO CONTINUE CASE MGMT CONFERENCE          2.          (No. 3:08-cv-03552-MMC )