DENNIS M. BROWN, Bar No. 126575
e-mail: dmbrown@littler.com
MARLENE S. MURACO, Bar No. 154240
e-mail: mmuraco@littler.com
TODD K. BOYER, Bar No. 203132
e-mail: tboyer@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH HAZEL, on behalf of himself, the general public, and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation, and DOES 1 through 10, inclusive,,<br><br>Defendants. | Case No. 08-cv-03552-MMC<br><br>**JOINT STIPULATION REQUESTING THAT THE COURT CONTINUE CASE MANAGEMENT CONFERENCE** ; ORDER<br><br>Date: March 27, 2009<br>Time: 10:30 a.m.<br>Judge: Hon. Maxine M. Chesney |

STIP TO CONTINUE CASE MGMT
CONFERENCE

(No. 3:08-cv-03552-MMC )

1 | The parties reached a settlement in this matter after a private mediation session and are in the
2 | process of finalizing the settlement agreement. The parties request that the case management
3 | conference scheduled on March 27, 2009 be continued for two weeks to give counsel the opportunity
4 | to finalize the settlement agreement before presenting it to the Court.

Dated:   March 23, 2009

*(signature)*
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CONNECTICUT GENERAL LIFE
INSURANCE COMPANY

Dated:   March 23, 2009

/s/ *Mark Thierman*
MARK THIERMAN, ESQ.
THIERMAN LAW FIRM
A Professional Corporation
Attorneys for Plaintiff
JOSH HAZEL *et al.*

## **ORDER**

The Case Management Conference currently set for March 27, 2009 at 10:30 a.m. is hereby continued to ___April 10, 2009___ @ 10:30 a.m.

**IT IS SO ORDERED.**

Date:   March 25, 2009

_____
Honorable Maxine M. Chesney

STIP TO CONTINUE CASE MGMT CONFERENCE          3.          (No. 3:08-cv-03552-MMC )