Mark R. Thierman, Esq., Cal SBN 72913
**THIERMAN LAW FIRM, P.C.**
7287 Lakeside Drive
Reno, Nevada  89511
Tel: (775) 284-1500
laborlawyer@pacbell.net

Eric M. Epstein, SBN 64055
**ERIC M. EPSTEIN, APC.**
1901 Avenue of the Stars, #1100
Los Angeles, CA 90067-6002
Tel:  (310) 552-5366
EMEpstein@aol.com

Walter Haines, SBN 71074
**United Employers Law Group, PC**
65 Pine Avenue, #312
Long Beach, CA 90802
Tel:  (877) 696-8378
walter@whaines.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH HAZEL, on behalf of himself, the general public, and all others similarly situated,,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation, and DOES 1 through 10, inclusive,,<br><br>    Defendants. | Case No.  08-cv-03552-MMC<br> ORDER APPROVING<br>**JOINT STIPULATION REQUESTING THAT THE COURT CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: April 17, 2009<br>Time: 10:30 a.m.<br>Judge: Hon. Maxine M. Chesney |

STIP TO CONTINUE CASE MGMT CONFERENCE         (No.  3:08-cv-03552-MMC )

1  The parties request that the case management conference scheduled on April 17, 2009 be
2  continued to a date that is mutually convenient for the Court and all parties.  On April 9, 2009, the
3  Court continued the case management conference from April 10, 2009 to April 17, 2009 in order to
4  give the parties an opportunity to finalize the settlement agreement.  The parties are in the process of
5  having the finalized settlement agreement signed by their respective clients.  Unfortunately counsel
6  for Plaintiff is scheduled to be in Las Vegas in the United States District Court – District of Nevada
7  for a settlement conference on April 17, 2009.  The parties are both available on the following
8  Fridays to attend the case management conference:  May 8 and May 29, 2009.

9  Dated:   April 14, 2009

11  /s/ *Marlene S. Muraco*
MARLENE S. MURACO
12  LITTLER MENDELSON
A Professional Corporation
13  Attorneys for Defendant
CONNECTICUT GENERAL LIFE
INSURANCE COMPANY

14  Dated:   April 14, 2009

16  /s/ *Mark Thierman*
MARK THIERMAN, ESQ.
THIERMAN LAW FIRM
17  A Professional Corporation
Attorneys for Plaintiff
18  JOSH HAZEL *et al*.

STIP TO CONTINUE CASE MGMT CONFERENCE    2.    (No.  3:08-cv-03552-MMC )

1

**ORDER**

2

The Case Management Conference currently set for April 17, 2009, at 10:30 a.m. is hereby

3

continued to __May 8_____ @ 10:30 a.m.

4

**IT IS SO ORDERED.**

5

Dated:  April 15, 2009

6

7

_____
Honorable Maxine Chesney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP TO CONTINUE CASE MGMT CONFERENCE                3.                (No. 3:08-cv-03552-MMC )