IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH HAZEL, on behalf of himself, the general public, and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>        Defendant | No. C-08-3552 MMC<br><br>**ORDER VACATING MAY 8, 2009 CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

On May 6, 2009, defendant, on behalf of the parties, filed a "Joint Stipulation of Class Settlement and Class Settlement Agreement and Release."

Accordingly, the Case Management Conference scheduled for May 8, 2009 is hereby VACATED.  A motion for preliminary approval of the settlement shall be filed, either by plaintiff or jointly by the parties, no later than May 29, 2009.

**IT IS SO ORDERED.**

Dated: May 6, 2009

                                      MAXINE M. CHESNEY
                                      United States District Judge