1  DENNIS M. BROWN, Bar No. 126575
   e-mail: dmbrown@littler.com
2  MARLENE S. MURACO, Bar No. 154240
   e-mail: mmuraco@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
5  Telephone:    408.998.4150
   Facsimile:    408.288.5686

Attorneys for Defendant
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY

| ERIC M. EPSTEIN, Bar No. 64055 | MARK R. THIERMAN, Bar No. 72913 |
| Eric M. Epstein, APC | THIERMAN LAW FIRM |
| 1901 Avenue of the Stars, #1100 | 7287 Lakeside Drive |
| Los Angeles, CA 90067-6002 | Reno, NV  89511 |
| Telephone:    310.552.5366 | Telephone:    510.763.5700 |

WALTER HAINES, Bar No. 71074
UNITED EMPLOYEES LAW GROUP, PC
65 Pine Avenue, #312
Long Beach, CA  90802
Telephone:    877.696.8378

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JOSH HAZEL, on behalf of himself, the general public, and all others similarly situated, | Case No.  08-cv-03552-MMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

(CASE NO. 08-CV-03552-MMC )    STIPULATION AND [PROPOSED] ORDER

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

1  This Stipulation is entered into between Plaintiff, individually, and on behalf of the Class, by and through their undersigned counsel, and Defendant, Connecticut General Life Insurance Company ("CGLIC") by and through its undersigned counsel.  Plaintiff and CGLIC are collectively referred to herein as the "Parties."

## RECITALS

WHEREAS, the Court issued an Order Granting Preliminary Approval of Settlement and Setting Final Approval Hearing on July 17, 2009 ("the Order");

WHEREAS, the Order established November 20, 2009 for the Final Approval Hearing;

WHEREAS, the Order established October 16, 2009 as the deadline for Class Counsel to file and serve a motion for final approval of Settlement and motion for attorney's fees, costs, and Class Representative payment;

WHEREAS, the Parties are going to file a joint motion for final approval of Settlement such that no opposition or reply memorandum of points and authorities will be necessary;

WHEREAS, Class Counsel is going to file a motion for attorney's fees, costs and Class Representative payment that seeks the payments agreed to in the parties' Settlement Agreement and that Agreement states that Defendant will not oppose such a motion; and

WHEREAS, the Parties and the Class Administrator are in the process of resolving claims raised by some of the claimants that they have more compensable days of employment than were listed in their claim forms;

THEREFORE, the Parties stipulate and agree as follows:

## STIPULATION AND AGREEMENT

1. The deadline for the Parties to jointly file and serve a motion for final approval of Settlement is continued to October 30, 3009; and

2. The deadline for Class Counsel to file and serve a motion for attorney's fees, costs and Class Representative payment is continued to October 30, 2009.

//

//

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(CASE NO. 08-CV-03552-MMC )     2.     STIPULATION AND [PROPOSED] ORDER

1  Dated: October 15, 2009

3
       /s/
4  MARLENE S. MURACO
    LITTLER MENDELSON
5  A Professional Corporation
    Attorneys for Defendant
6  CONNECTICUT GENERAL LIFE
    INSURANCE COMPANY

7  Dated: October 15, 2009

9
10  ERIC M. EPSTEIN, ESQ.
    ERIC M. EPSTEIN, APC
11  Attorneys for the Class

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15  DATED: October 16, 2009

    The Honorable Maxine M. Chesney
16  United States District Judge

(CASE NO. 08-CV-03552-MMC )   3.   STIPULATION AND [PROPOSED] ORDER

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150